01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07
08   ALAN HOFFER,                                    )
                                                     )
09                    Plaintiff,                     )
                                                     )      Case No. C06-1733-RSM
         v.                                          )
10                                                   )
     MICHAEL J. ASTRUE, Commissioner,                )      ORDER FOR REMAND
11   Social Security Administration,                 )
                                                     )
12                    Defendant.                     )
     _____        )
13

14        Based on the stipulation of the parties (Dkt. No. 15), it is hereby ORDERED that

15   Commissioner's final decision in the above-captioned case be REVERSED and REMANDED

     for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
16
17        Upon remand, the ALJ will further evaluate all of Plaintiff's impairments at step two of

18   the sequential evaluation process; reassess Plaintiff's residual functional capacity; and obtain

     supplemental evidence from a vocational expert.  The ALJ will make a new determination as to
19
20   Plaintiff's disability taking all evidence into account, and issue a new decision.

21        DATED this _22__ day of _May_, 2007.

22
23                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE
24
     Recommended for entry
25   this 21st day of May, 2007.
     s/James P. Donohue
26   JAMES P. DONOHUE
     United States Magistrate Judge